Daniel Feder (SBN 130867)
**LAW OFFICES OF DANIEL FEDER**
235 Montgomery Street Suite 1019
San Francisco, CA 94104
Telephone: (415) 391-9476
Facsimile:  (415) 391-9432
daniel@dfederlaw.com

Attorneys for Plaintiff
GIANNI MARQUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI MARQUEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | **Case No.:** 3:22-CV-01816-JSC<br><br>**DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff GIANNI MARQUEZ , by and through his counsel of record, hereby dismisses the above-captioned action in its entirety without prejudice.

Dated:  April 14, 2022                              Law Offices of Daniel Feder

                                                    /s/ Daniel Feder
                                                    _____
                                                    DANIEL FEDER
                                                    Attorneys for Plaintiff